DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

CHARLES BUTTERFIELD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-0263

_____

July 17, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pasco County; Joshua Riba, Judge.

PER CURIAM.

Affirmed.

NORTHCUTT, VILLANTI, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.